

# ARLINGTON NATIONAL CEMETERY
HONOR · REMEMBER · EXPLORE

## PROJECT DESCRIPTION



Satellite View of Project Area with limits of construction in RED.



ANMC expects to carefully deconstruct the Confederate Memorial bronze statue in a deliberate and careful manner. It will be moved to a secure temporary storage facility pending a final disposition determination, which will be determined in future consultations. The granite pedestal on which the memorial sits will be left in-situ. No ground disturbing activities will occur, as the memorial is in the center of burial Section 16.

While the disassembly work occurs, the surrounding landscape, graves, and headstones will be protected. Staging will occur on the circular drive that surrounds the memorial. Fencing will be erected around Section 16 to protect the surrounding landscape and grave markers and to ensure the safety of visitors.

After disassembly, the site and landscaping will be restored. The appearance and condition of the granite surface beneath the memorial is unknown. It will receive any necessary temporary and reversible fills (consistent with SOI standards) to ensure the structure is watertight and safe for visitors. Temporary fencing consistent with ANC's design guide could be installed while site disposition is determined in future consultations.

5

PL #1



PL#2





Proposed Limits of Construction (LOC) outlined in RED.

Possible equipment and laydown areas outlined in BLUE.



PL#3



No protection to graves closest to monument, guaranteed by Programmatic Agreement, Section IV. D.C.v (page 13)

Staging is not occurring on paved portion of Jackson Circle as described in the only Action Alternative analyzed by Env. Analysis Section 2.2.2.1.

PU#4



Location of Grave of Moses Ezekiel appears to be removed and otherwise not protected. Programmatic Agreement Section IV.D.C.v (page 13) says contractor workplan must include protection of the Gravestones.





SUNDAY DECEMBER 17, 2023 3:01 PM
Machine on Ezekiel Grave. Inadequate protection for graves (plastic fencing)